## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lyndon Roschen, | Civil No. 07-4789 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Union Security Insurance Company, | |
| Defendant. | |

Based on the parties' Stipulation (Doc. No. 7), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 30, 2008

　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　United States District Judge